# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13843

_____

MARK WALTERS,

                                                                           Plaintiff-Appellant,

*versus*

OPENAI, L.L.C.,

                                                                           Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-03122-MLB

_____

JUDGMENT

2                                                                              23-13843

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: April 1, 2024

For the Court: DAVID J. SMITH, Clerk of Court