# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13843

_____

MARK WALTERS,

                                      Plaintiff-Appellant,

*versus*

OPENAI, L.L.C.,

                                      Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-03122-MLB

_____

JUDGMENT

ISSUED AS MANDATE 4/30/2024

2                                                                                          23-13843

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: April 1, 2024

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE 4/30/2024